UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*San Francisco Division*

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> vs. <br><br> EMILIA BARDINI, San Francisco Asylum Office Director, U.S. Citizenship and Immigration Services; <br><br> UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services, <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendants. | Case Number: 3:24-cv-01086 <br><br> *Title of Document:* <br> [PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO PROCEED UNDER THE PSEUDONYM JANE DOE <br><br> AGENCY CASE NUMBER: <br> I-589 Receipt No.: ZLA2146077830 <br> **Immigration Case, Administrative Procedure Act Case** |

Plaintiff filed an administrative motion seeking permission to proceed with this action under the pseudonym Jane Doe. Having considering Plaintiff's memorandum in support of the motion, and weighing Plaintiff's need for anonymity against the prejudice to the Defendants and the public's interest in knowing the Plaintiff's identity, the Court finds as follows:

GOOD CAUSE APPEARING THEREFORE, Plaintiff's Motion to Proceed Using the Pseudonym Jane Doe is hereby GRANTED. Plaintiff's counsel shall immediately file with the Court, and serve upon opposing counsel, a document under seal that reveals the true name of Plaintiff.

**IT IS SO ORDERED.**

DATED: March 5, 2024

_____
Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM
CASE NO.
PAGE NO. 1 of 1